# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEWITT COATES,<br><br>        Plaintiff,<br><br>vs.<br><br>LYFT, INC., NEUTRON HOLDINGS, INC. d/b/a Lime, ABC CORPORATION, XYZ CORPORATION, JOHN DOE 1-5, SEGWAY, INC.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO.  1:21-cv-01449-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of Segway's and Lyft's motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.3(A), NDGa.

Dated at Atlanta, Georgia, this 12th day of March, 2024.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                             By:     s/ A. Edwards
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 12, 2024
Kevin P. Weimer
Clerk of Court

By:    s/ A. Edwards
       Deputy Clerk